**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRIANA BANKS** | **CIVIL ACTION** |
| **V.** | **NO: 26-885** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL** | **SECTION C (3)** |

**ORDER OF DISMISSAL**

Considering the Notice of Voluntary Dismissal Without Prejudice filed on July 24, 2026 (R. Doc. 16);

**IT IS ORDERED** that the captioned matter is dismissed, without prejudice, subject to reopening for good cause to enforce settlement if not perfected within sixty (60) days. The Court retains jurisdiction for all purposes. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall file a joint stipulation of dismissal according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

New Orleans, Louisiana, this 2nd day of September, 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE